12:38 PM
01/08/10
Accrual Basis

Skyway Park Bowl & Casino
Budget
January through December 2010

|  | Feb 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 500 · Bowling | |
| 501 · League | 30,266.59 |
| 502 · Open Bowling | 14,332.81 |
| 503 · Shoe Rental | 8,209.44 |
| 506 · Locker Rentals | 69.43 |
| 507 · Room Rent | 4,324.07 |
| Total 500 · Bowling | 57,202.34 |
| | |
| 510 · Food Revenue | |
| 510.1 · Restaurant Sales | 29,265.65 |
| 510.2 · WOK 52 | 13,721.87 |
| 510.3 · Non-Alcohol | 3,976.68 |
| Total 510 · Food Revenue | 46,964.20 |
| | |
| 520 · Bowl Lounge Income | |
| 520.1 · Draft Beer Sales | 5,940.79 |
| 520.2 · Bottle Beer Sales | 3,590.55 |
| 520.3 · Wine Sales | 382.04 |
| 520.4 · Liquor Sales | 31,661.24 |
| Total 520 · Bowl Lounge Income | 41,574.62 |
| | |
| 521 · Casino Lounge Income | |
| 521.1 · Casino Liquor Sales | 17,639.72 |
| 521.2 · Casino Draft Beer Sales | 1,339.76 |
| 521.3 · Casino Bottle Beer Sales | 15,674.98 |
| 521.4 · Casino Wine Sales | 328.69 |
| Total 521 · Casino Lounge Income | 34,983.14 |
| | |
| 530 · Other Revenue | |
| 530.1 · Redemption | 508.00 |
| 530.3 · Video Games | 2,143.39 |
| 530.4 · Pay Phones | 119.46 |
| 530.5 · Hiway 66 | 1,135.55 |
| 530.6 · Billiards | 1,018.62 |
| 533 · Gross\Net Receipts Pull Tab | 8,355.43 |
| 534 · Dart Income | 194.25 |
| 539 · Vending Revenue | 2,500.39 |
| 540 · ATM Daily Surcharge Income | 5,205.23 |
| Total 530 · Other Revenue | 21,180.32 |
| | |
| 536 · Misc. Income | |
| 536.10 · Misc. Income | 62.35 |
| 536 · Misc. Income - Other | 2,785.98 |
| Total 536 · Misc. Income | 2,848.33 |
| | |
| Total 537 · Casino Income | 252,500.00 |
| | |
| 538 · Lotto Income | 11,632.72 |
| Total Income | 468,885.88 |
| | |
| **Cost of Goods Sold** | |
| 423 · Operating Supplies | |
| 42301 · Operating Supplies Bowl | 340.66 |
| 42305 · Operating Supplies Casino | 3,580.11 |
| 423 · Operating Supplies - Other | 251.48 |
| Total 423 · Operating Supplies | 4,172.24 |
| | |
| 600 · Cost of Sales - Bowling | |
| 606.1 · Bonus Bucks | 1,303.73 |
| 606.2 · Desk Bonus | 42.11 |
| 600 · Cost of Sales - Bowling - Other | 1,091.36 |
| Total 600 · Cost of Sales - Bowling | 2,437.21 |
| | |
| 605 · Vending Cost of Goods | |
| 605.1 · Vending Cost | 1,887.10 |
| Total 605 · Vending Cost of Goods | 1,887.10 |
| | |
| 610 · Cost of Sales - Restaurant | |

12:33 PM
01/06/10
Accrual Basis

Skyway Park Bowl & Casino
**Budget**
January through December 2010

|  | Feb 10 |
|---|---|
| 42302 · Operating Supplies Rest | 1,529.88 |
| 610.1 · Rest. Food Purchases | 18,693.79 |
| 611.1 · Food Inventory Change | 122.73 |
| 612 · Rest Syrup State Charges | 1,175.48 |
| 614 · Restaurant Supplies | 3,346.25 |
| 610 · Cost of Sales - Restaurant - Other | 94.92 |
| **Total 610 · Cost of Sales - Restaurant** | **24,962.80** |
| 618 · Cost of Sales - WOK 52 | |
| 42306 · Operating Supplies - WOK | 784.40 |
| 610.2 · WOK 52 Food Purchases | 16,808.41 |
| 619.3 · WOK Syrup State Charges | 1,075.83 |
| 618 · Cost of Sales - WOK 52 - Other | 0.00 |
| **Total 618 · Cost of Sales - WOK 52** | **18,668.63** |
| 619 · Cost of Sales - Casino Lounge | |
| 619.1 · Casino Lounge Supplies | 552.59 |
| 619.2 · Liquor Purchases Casino | 4,455.00 |
| 619.4 · Syrup Cost Casino | 103.04 |
| 619.5 · Beer Purchases Casino | |
| 619.51 · Bottle Beer Casino | 1,844.48 |
| 619.52 · Draft Beer Casino | 768.00 |
| 619.5 · Beer Purchases Casino - Oth | 2,716.74 |
| **Total 619.5 · Beer Purchases Casino** | **5,329.23** |
| 619.6 · Wine Purchases Casino | 0.00 |
| **Total 619 · Cost of Sales - Casino Lounge** | **10,439.86** |
| 620 · Cost of Sales - Lounge | |
| 621 · Beer Purchases Lounge | |
| 621.10 · Bottle Beer | 2,512.07 |
| 621.20 · Draft Beer | 1,611.03 |
| 621 · Beer Purchases Lounge - Othe | 84.15 |
| **Total 621 · Beer Purchases Lounge** | **4,207.25** |
| 621.40 · Wine Purchases | |
| 622.10 · Wine Inv. Change | 0.00 |
| 621.40 · Wine Purchases - Other | 78.94 |
| **Total 621.40 · Wine Purchases** | **78.94** |
| 623 · Lounge Liquor Purchases | 9,164.34 |
| 624 · Lounge Supplies | 634.39 |
| 625 · Bar Pop Cost | 740.44 |
| 620 · Cost of Sales - Lounge - Other | 0.00 |
| **Total 620 · Cost of Sales - Lounge** | **14,825.37** |
| 630 · Other Cost of Games | |
| 631.4 · Scratch Ticket Purchases | 10,698.36 |
| 632 · Gambling Tax PT | 1,840.27 |
| **Total 630 · Other Cost of Games** | **12,538.62** |
| 631 · Cost of Pull Tabs | |
| 631.1 · Pulltab Inventory | 802.27 |
| Pull Tab License | 333.50 |
| 631 · Cost of Pull Tabs - Other | 2,542.23 |
| **Total 631 · Cost of Pull Tabs** | **3,678.00** |
| 640 · Casino Expense | |
| 640.12 · Poker Tourn "Sunday" | 2,752.39 |
| 640.13 · Poker High Hand | 11,698.87 |
| 640.141 · Mystery Envelope | 1,231.50 |
| 640.16 · Fortune PaiGow Tournament | 2,000.00 |
| 640.18 · Poker Tournament | 2,476.75 |
| 640.20 · Players Club | 4,000.00 |
| 643.10 · Casino - Gambling Tax | 27,775.00 |
| **Total 640 · Casino Expense** | **52,132.51** |
| 815 · Entertainement | |
| 815.1 · Cambodian Band | 5,250.00 |
| 815.2 · Karaoke | 800.00 |
| **Total 815 · Entertainement** | **6,050.00** |
| **Total COGS** | **151,792.35** |
| **Gross Profit** | **317,093.33** |

12:38 PM
01/06/10
Accrual Basis

## Skyway Park Bowl & Casino
### Budget
January through December 2010

|  | Feb 10 |
|---|---:|
| **Expense** | |
| 328 · Medical/Dental | 2,000.00 |
| Est. B & O Tax | 8,346.17 |
| Est. Personal Property Tax | 1,500.00 |
| 42309 · Dart Supplies Admin | 0.00 |
| 51009 · Payroll Taxes & Fringes Admin | (454.24) |
| 52409 · Supplies Office Admin | 459.69 |
| 527 · Laundry & Uniforms | |
|    52702 · Laundry & Uniforms Rest | 820.48 |
|    52706 · Laundry & Uniforms - Wok | 340.24 |
| Total 527 · Laundry & Uniforms | 1,160.73 |
| | |
| 529 · Equipment Lease/Rent | |
|    52902 · Equipment Lease/Rent Rest | 1,433.44 |
|    52905 · Equipment Lease/Rent Casino | 7,500.00 |
|    529 · Equipment Lease/Rent - Other | 0.00 |
| Total 529 · Equipment Lease/Rent | 8,933.44 |
| | |
| 53609 · Outside Services Admin | 5,250.00 |
| 53610 - Pro Fee "Max Cook" | 5,000.00 |
| | |
| 541 · Utilities | |
|    54005 · Utilities Casino | 0.00 |
|    54009 · Utilities Admin | 13,552.63 |
| Total 541 · Utilities | 13,552.63 |
| | |
| 54409 · Telephone Admin | 1,327.04 |
| 551 · Rent Building "CML" Pardey/Pardey | 10,000.00 |
| 564 · Advertising & Promotions | |
|    56401 · Advertising & Promotions Bowl | 908.32 |
|    56403 · Advertising & Promotions Loun | 0.00 |
|    56405 · Advertising & Promotions Casin | |
|       56405 · Advertising & Promotions C | 3,000.00 |
|    Total 56405 · Advertising & Promotions | 3,000.00 |
| Total 564 · Advertising & Promotions | 3,908.32 |
| | |
| 56409 - Advertising & Promotions Admi | 1,323.19 |
| | |
| 565 · Meals & Entertainment | |
|    56505 · Meals & Entertainment Casino | 165.56 |
| Total 565 · Meals & Entertainment | 165.56 |
| | |
| 57209 · Business Taxes Admin | 2,760.04 |
| 57309 · Officer Life Insurance Admin | 596.00 |
| 574 · Insurance | |
|    57404 · Insurance PT | 763.00 |
|    57409 · Insurance Admin | 3,837.63 |
| Total 574 · Insurance | 4,600.83 |
| | |
| 57509 · Interest | 360.11 |
| 591 · Dues & Subscriptions | |
|    59101 · Dues & Subscriptions Bowl | 0.00 |
|    59105 · Dues & Subscriptions Casino | 189.87 |
| Total 591 · Dues & Subscriptions | 189.87 |
| | |
| 59109 - Dues & Subscriptions Admin | 40.61 |
| 592 · Licenses & Permits | |
|    59205 · Licenses & Permits Casino | 2,603.83 |
| Total 592 · Licenses & Permits | 2,603.83 |
| | |
| 59209 - License & Permits Admin | 494.65 |
| 596 · Bank Fees | |
|    59603 · Bank Fees Lotto | 73.97 |
|    59605 · Bank Fees Casino | 89.64 |
| Total 596 · Bank Fees | 163.62 |
| | |
| 750 · Payroll Expense | 183,848.00 |

**Skyway Park Bowl & Casino**
**Budget**
January through December 2010

|  | Feb 10 |
|---|---:|
| **785 · Repairs & Maintenance** | |
| 785.1 · Repairs & Maintenance Bowl | 1,422.87 |
| 785.2 · Repairs & Maintenance Rest | 537.64 |
| 785.3 · Repairs & Maintenance Lounge | 79.49 |
| 785.5 · Repairs & Maintenance Casino | 2,374.48 |
| 785.6 · Repairs & Maintenance - WOK | 26.77 |
| 785.9 · Repairs & Maintenance Admin | 1,007.34 |
| 785 · Repairs & Maintenance - Other | 0.00 |
| **Total 785 · Repairs & Maintenance** | **5,448.59** |
| | |
| **790 · Office Supplies** | |
| 790.1 · Office Supplies Bowl | 301.81 |
| 790.2 · Office Supplies Rest | 55.56 |
| 790.4 · Office Supplies PT | 45.20 |
| 790.5 · Office Supplies Casino | 277.10 |
| 790 · Office Supplies - Other | 124.05 |
| **Total 790 · Office Supplies** | **803.72** |
| | |
| **796 · Legal & Accounting** | |
| 796.10 · Legal & Accounting admin | 7,885.00 |
| **Total 796 · Legal & Accounting** | **7,885.00** |
| | |
| **800 · Entertainment and Promotion** | 363.43 |
| | |
| **818 · Interest & Bank Charges** | |
| 818.10 · Interest & Bank Charges | 700.00 |
| 818.11 · Credit Card Fees AMEX | 24.37 |
| 818.12 · Credit Card Fees Visa/MC | 2,502.41 |
| **Total 818 · Interest & Bank Charges** | **3,226.78** |
| | |
| **821 · Over & Shorts** | |
| 821.10 · Bowl Cash Over & Short | (293.31) |
| 821.11 · Casino - Over & Short | 11.27 |
| **Total 821 · Over & Shorts** | **(282.04)** |
| | |
| **Total Expense** | **275,575.57** |
| | |
| **Net Ordinary Income** | **41,517.76** |
| | |
| **Other Income/Expense** | |
| Other Income | |
| 602 · Other Income | 19.74 |
| 60205 · Other Interest Income | 53.15 |
| **Total Other Income** | **72.89** |
| | |
| Other Expense | |
| 603 · Miscellaneous Expense | 0.00 |
| 820 · Misc. Expense | 904.70 |
| **Total Other Expense** | **904.70** |
| | |
| **Net Other Income** | **(831.81)** |
| | |
| **Net Income** | **40,685.94** |